GARY M. RESTAINO
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Nathaniel.Walters@usdoj.gov
Attorneys for Plaintiff

FILED

2023 OCT 18  AM II: 20

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR23-01590 TUC-RCC(AMM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Ashley Monique Johnson,

Defendant.

**I N D I C T M E N T**

Violations:
18 U.S.C. §§922(a)(6) and 924(a)(2)
(False Statement During Purchase of
a Firearm)
Count 1

(UNDER SEAL)

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about March 16, 2023, in the District of Arizona, ASHLEY MONIQUE JOHNSON, in connection with the acquisition of a firearm, to wit: Two (2) Pioneer Arms Hellpup 7.62 x 39mm Pistols (S/N PAC118961823 & PAC118976723), from Arizona State Armory, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Arizona State Armory, which statement was intended and likely to deceive Arizona State Armory, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under

///

Chapter 44 of Title 18, in that the defendant represented she was the actual transferee/buyer of said firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: October 18, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
NATHANIEL J. WALTERS
Assistant United States Attorney

*United States of America v. Ashley Monique Johnson*
*Indictment Page 2 of 2*